# EXHIBIT 4



| Try Prime | Home & Kitchen ▼ | biotene oral balance dry mouth ge | | Echo Spot: Buy 2, save $40 |
|---|---|---|---|---|

Deliver to Newyork 10001    Departments ▼    Your Amazon.com    EN    Hello. Sign in Account & Lists ▼    Orders    Try Prime ▼    0 Cart

**Amazon Home**    Shop by Room    Shop by Look    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

‹ Back to search results for "biotene oral balance dry mouth gel"

# Biotene OralBalance Moisturizing Gel Flavor-Free, Alcohol-Free, for Dry Mouth, 1.5 ounce (Pack of 3) Biot

119 customer reviews | 6 answered questions

Amazon's **Choice**  for "biotene oral balance dry mouth gel"



Was: $21.90
Price: **$16.89** ($5.63 / Count)
FREE Shipping on orders over $25—or get **FREE Two-Day Shipping** with Amazon Prime
You Save: **$5.01 (23%)**

**In Stock.** Ships from and sold by Amazon.com.

Want it **tomorrow, June 28?** Order within **23 hrs 53 mins** and choose **One-Day Shipping** at checkout. Details

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Deliver to Newyork 10001

Qty: 1 ▼    Turn on 1-click ordering

[ Add to Cart ]

[ Buy Now ]

[ Add to List ]

**Other Sellers on Amazon**    **16 new** from **$16.89**

**$19.00** ($6.33 / Count) & **FREE Shipping** on eligible orders. Details
Sold by: Quadrangle Sales    [ Add to Cart ]

**$20.05** ($6.68 / Count) + Free Shipping
Sold by: Pharmapacks    [ Add to Cart ]

Share

## About the product
- Concentrated formula
- Soothing and moisturizing relief

### Frequently bought together



Total price: **$48.14**
[ Add all three to Cart ]
[ Add all three to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Biotene OralBalance Moisturizing Gel Flavor-Free, Alcohol-Free, for Dry Mouth, 1.5 ounce (Pack of 3) **$16.89** ($5.63 / Count)

☑ Biotene Gentle Mint Moisturizing Mouth Spray, Sugar-Free, for Dry Mouth and Fresh Breath, 1.5 ounce… **$11.26**



**America's detergent brand for sensitive skin**

all Liquid Laundry Detergent Easy-Pouch, Free Clear for Sensitive Skin,…
1
**$25.23** ✓prime

Ad feedback

**New Solimo mouthwash by Amazon**